**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CENTER FOR EVIRONMENTAL
HEALTH**
2201 Broadway, Suite 508
Oakland, CA 94612


*Plaintiff,*

v.


**AKROCHEM CORPORATION**
3770 Embassy Parkway
Akron, OH 44333


*Defendant.*

Civil Action No. 1:24-cv-03557-BAH

**PLAINTIFF'S VOLUNTARY
REQUEST FOR DISMISSAL UNDER
FRCP 41**


<u>**REQUEST FOR VOLUNTARY DISMISSAL
UNDER FRCP 41**</u>


TO ALL PARTIES AND COUNSEL OF RECORD:

Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Center for

Environmental Health hereby dismisses Defendant Akrochem Corporation from this action.

Defendant has not filed an answer.  Defendant is the sole defendant in this action.


Respectfully submitted this 29th day of August 2025.


*/s/ Lucas Williams*

*/s/ Lucas Williams*
Lucas Williams
Lexington Law Group, LLP
503 Divisadero Street
San Francisco, CA 94117
(415) 913-7800
lwilliams@lexlawgroup.com
[*admitted pro hac vice*]
*Attorneys for Plaintiff Center for Environmental Health*